THE ATTORNEY GENERAL, EX REL. MICHAEL S. GRIFFIN,
v. REUBEN C. TASKER.

*Elections—Marking ballots.*

This case is ruled by *Attorney General v. Glaser, ante*, 405.

Information in the nature of *quo warranto* to determine
the title to the office of treasurer of West Bay City.
Argued June 29, 1894, and opinion filed November 7,
1894. Reargued November 20, 1894. Judgment entered
for respondent January 8, 1895. The facts are stated in
the cases cited in the opinions.

*Adolphus A. Ellis*, Attorney General (*Hatch & Cooley*
and *T. A. E & J. C. Weadock*, of counsel), for relator.

*G. H. Francis* (*Pratt, Van Kleeck & Gilbert*, of counsel),
for respondent.

MONTGOMERY, J. This case depends upon the same
state of facts as was considered in the case of *Attorney
General v. Glaser, ante*, 396. The relator is entitled to
recover.

MCGRATH, C. J., LONG and HOOKER, JJ., concurred.
GRANT, J., did not sit.

———

On rehearing the following opinion was filed January
8, 1895:

MONTGOMERY, J. This case was heard with the case of
*Attorney General v. Glaser, ante*, 405, and depends upon
the same state of facts, except that the respondent in the
present case was shown, on the recount of votes had under
Act No. 208, Laws of 1887, to have had a majority of 15;

and a re-examination of the votes upon the basis of the opinion in *Attorney General v. Glaser* shows that the respondent, Tasker, was duly elected by a majority of not less than eight. We consider it unnecessary to recapitulate the votes.

Judgment will be entered for respondent.

The other Justices concurred.